IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the cases listed below are to be returned to the United States Attorney for appropriate disposition.

| **CASE NUMBER** | **CAPTION** |
|---|---|
| 8:91CR38 | USA v. Delano Maxwell, Hassan Majied, Martin Lewis, Chester Davis, Laquita Coleman |
| 8:92CR14 | USA v. Christopher Allen Scott |
| 8:92CR106 | USA v. Frank Skorniak |
| 8:98CR2 (Sealed) | USA v. Efrain Gomez |
| 8:98CR199 | USA v. Boyer Dibois Johnson |
| 8:99CR105 (Sealed) | USA v. Darrell A. Taylor, Kenneth C. Campbell |
| 8:00CR130 | USA v. Joel Caro, Lisa Bass, Roberto Jimenez, Uriel Carranza, Miguel Morales-Galicia |
| 8:00CR212 | USA v. Pablo Stallings, Gary Agee |
| 8:01CR101 (Sealed) | USA v. Alonzo Martinez-Camacho, Augustin Salcedo-Valenzuela, Concepcion Ozuna-Valenzuela, Richard D. Avila, Marvin Miller, Janice Vopalka, Patrick Powers |
| 8:01CR219 | USA v. William Curtis and Elijah H. Harris, III |
| 8:01CR324 (Sealed) | USA v. Ernest Hill |
| 4:02CR087 | USA v. Rogelio Sanchez-Zamudio |
| 8:02CR311 | USA v. Curtis Skillett |
| 4:03CR3147 (Drugs) | USA v. Mike R. Gutierrez |
| 8:04CR358 (Sealed) | USA v. Jerome Daniels |
| 8:05CR419 | USA v. Curtis Alan Robey |
| 8:06CR205 | USA v. David Gurrola |

DATED this 25th day of June, 2007.

BY THE COURT

s/Lyle E. Strom
Senior United States District Judge